UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MATTHEW MELTON,

Defendant.

23-cr-456 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

For the reasons stated on the record on February 12, 2026, the motion for bail appeal is

DENIED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 10.

SO ORDERED.

Dated: February 13, 2026
      New York, New York

ARUN SUBRAMANIAN
United States District Judge