UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MATTHEW MELTON,

Defendant.

23-cr-456 (AS)

SCHEDULING ORDER

ARUN SUBRAMANIAN, United States District Judge:

Due to a scheduling conflict, the conference scheduled for April 3, 2026 will now take place on **Wednesday, April 15, 2026, at 1:30 PM.**

SO ORDERED.

Dated: April 3, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge