# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 13, 2026

Application GRANTED. The conference will now be held on Wednesday, April 29, 2026, at 2:30 PM.

IT IS FURTHER ORDERED that the time between April 15, 2026, and April 29, 2026, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties to discuss a potential pretrial resolution.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: April 14, 2026

**BY ECF**

The Honorable Arun Subramanian
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    **United States v. Matthew Melton**
       **23-CR-456 (AS)**

Dear Judge Subramanian,

Matthew Melton, through undersigned counsel, respectfully writes to request that the Court adjourn the status conference scheduled for April 15, 2026 by a period of approximately two weeks.  The reason for the request is that the parties are engaged in plea negotiations that could bring a resolution to the case.  The parties thus ask the Court for additional time to finalize those discussions.  The government has no objection to the adjournment request.

The parties would be available to hold the next status conference on one of the following dates:

- April 27, 2026 (any time);
- April 28, 2026 (after 2pm);
- April 29, 2026 (10am or after 2:30pm); or
- April 30, 2026 (after 2pm).

Mr. Melton has no objection to the exclusion of time under the Speedy Trial Act through the next conference date.

Respectfully Submitted,
/s/
Kristoff Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

1