UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MATTHEW MELTON,

Defendant.

23-cr-456 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Wednesday's sentencing will be held in **Courtroom 23B**.

SO ORDERED.

Dated: July 27, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge