UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MATTHEW MELTON,

Defendant.

23-CR-456 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of the Government's proposed order of restitution, Dkt. 34, and Melton's letter opposing the Government's filing, Dkt. 37. On or before **November 2, 2026**, the Government should file its reply to Melton's letter.

SO ORDERED.

Dated: October 28, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge